**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) Civil Action No. 2:13-cv-00740-AJS ) |
| Plaintiffs, | ) U.S. District Judge Arthur J. Schwab ) |
| v. | ) **ELECTRONICALLY FILED** ) |
| PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A., | ) ) ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID C. MARCUS**

David C. Marcus, undersigned counsel for Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A., hereby moves that David C. Marcus be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. pursuant to LCvR 83.2 and LCvR 83.3 and this court's Standing Order Regarding *Pro Hac Vice* Admission dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Admission *Pro Hac Vice* of David C. Marcus filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

| | |
|---|---|
| Dated:  June 24, 2013 | Respectfully submitted,<br><br>*s/ David C. Marcus*<br>David C. Marcus<br>California Bar ID No. 158704<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone:  (213) 443-5312<br>Facsimile:  (213) 443-5400<br>david.marcus@wilmerhale.com<br><br>*Counsel for Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,  )  <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> PNC FINANCIAL SERVICES GROUP, INC. ) <br> and PNC BANK, N.A.,  ) <br> ) <br> Defendants.  ) | Civil Action No. 2:13-cv-00740-AJS <br><br> U.S. District Judge Arthur J. Schwab <br><br> **ELECTRONICALLY FILED** |

**AFFIDAVIT OF DAVID C. MARCUS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, David C. Marcus, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, David C. Marcus, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm Wilmer Cutler Pickering Hale and Dorr LLP.

2. My business address is 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071.

3. I am a member in good standing of the bars of the State of California, the State of New York, and the Commonwealth of Massachusetts, and am admitted to practice before the United States District Courts for the Central and Southern Districts of California, the Eastern, Western, and Southern Districts of New York, and the Eastern District of Texas; and the United States Courts of Appeals for the Seventh and Ninth Circuits.

  4. My bar identification numbers are California Bar ID No. 158704, New York Bar ID No. 2147619, and Massachusetts Bar ID No. 563730.

  5. A current certificate of good standing from the Supreme Court of California is attached to this Affidavit as Exhibit A.

  6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

  7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

  8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

  I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 24, 2013         *s/ David C. Marcus*
                   David C. Marcus