IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC<br>and INTELLECTUAL VENTURES II LLC | CIVIL ACTION NO. 2:13-cv-00740-AJS |
| Plaintiffs, | U.S. District Judge Arthur J. Schwab |
| v. | Electronically Filed |
| PNC FINANCIAL SERVICES GROUP, INC.,<br>and PNC BANK N.A., | Jury Trial Demanded |
| Defendants. | |

## PLAINTIFFS INTELLECTUAL VENTURES I LLC'S AND INTELLECTUAL VENTURES II LLC'S ANSWER TO DEFENDANTS' COUNTERCLAIMS

Plaintiffs Intellectual Ventures I LLC ("Intellectual Ventures I") and Intellectual Ventures II LLC ("Intellectual Ventures II") (collectively, "Intellectual Ventures") hereby answer the counterclaims of Defendants and Counterclaimants PNC Financial Services Group, Inc. and PNC Bank, N.A. (collectively, "PNC"). Intellectual Ventures denies the allegations in PNC's counterclaims unless expressly admitted in the following paragraphs.

### NATURE OF THE ACTION

1.      Intellectual Ventures I admits the allegations of paragraph 1.

2.      Intellectual Ventures II admits the allegations of paragraph 2.

3.      Intellectual Ventures admits the first sentence of paragraph 3. Intellectual Ventures further admits that PNC denies infringement and asserts that the Patents-in-Suit are invalid and/or unenforceable, but Intellectual Ventures denies that this is true as the Patents-in-Suit are valid and infringed by PNC. Otherwise, denied.

4.      Intellectual Ventures admits the allegations of paragraph 4.

## JURISDICTION AND VENUE

5.      Intellectual Ventures admits that this Court has subject matter jurisdiction over PNC's counterclaims and further admits that this Court has personal jurisdiction over Intellectual Ventures with respect to PNC's counterclaims and for purposes of this action only.  Otherwise, denied.

6.      Intellectual Ventures admits that venue in this district is proper with respect to PNC's counterclaim.  Otherwise, denied.

## PARTIES

7.      Intellectual Ventures admits the allegations of paragraph 7.

8.      Intellectual Ventures admits the allegations of paragraph 8.

9.      Intellectual Ventures I admits the allegations of paragraph 9.

10.     Intellectual Ventures II admits the allegations of paragraph 10.

## COUNTERCLAIM COUNT I

11.     Intellectual Ventures repeats its responses to paragraphs 1-10 of PNC's counterclaims as if fully set forth herein.

12.     Intellectual Ventures denies the allegations of paragraph 12.

13.     Intellectual Ventures denies the allegations of paragraph 13.

## COUNTERCLAIM COUNT II

14.     Intellectual Ventures repeats its responses to paragraphs 1-13 of PNC's counterclaims as if fully set forth herein.

15.     Intellectual Ventures denies the allegations of paragraph 15.

16.     Intellectual Ventures denies the allegations of paragraph 16.

## COUNTERCLAIM COUNT III

17.     Intellectual Ventures repeats its responses to paragraphs 1-16 of PNC's counterclaims as if fully set forth herein.

18.     Intellectual Ventures denies the allegations of paragraph 18.

19.     Intellectual Ventures denies the allegations of paragraph 19.

## COUNTERCLAIM COUNT IV

20.     Intellectual Ventures repeats its responses to paragraphs 1-19 of PNC's counterclaims as if fully set forth herein.

21.     Intellectual Ventures denies the allegations of paragraph 20.

22.     Intellectual Ventures denies the allegations of paragraph 21.

## COUNTERCLAIM COUNT V

23.     Intellectual Ventures repeats its responses to paragraphs 1-22 of PNC's counterclaims as if fully set forth herein.

24.     Intellectual Ventures denies the allegations of paragraph 24.

25.     Intellectual Ventures denies the allegations of paragraph 25.

## COUNTERCLAIM COUNT VI

26.     Intellectual Ventures repeats its responses to paragraphs 1-25 of PNC's counterclaims as if fully set forth herein.

27.     Intellectual Ventures denies the allegations of paragraph 27.

28.     Intellectual Ventures denies the allegations of paragraph 28.

## COUNTERCLAIM COUNT VII

29.     Intellectual Ventures repeats its responses to paragraphs 1-28 of PNC's counterclaims as if fully set forth herein.

30.     Intellectual Ventures denies the allegations of paragraph 30.

31.     Intellectual Ventures denies the allegations of paragraph 31.

### COUNTERCLAIM COUNT VIII

32.     Intellectual Ventures repeats its responses to paragraphs 1-31 of PNC's counterclaims as if fully set forth herein.

33.     Intellectual Ventures denies the allegations of paragraph 33.

34.     Intellectual Ventures denies the allegations of paragraph 34.

### COUNTERCLAIM COUNT IX

35.     Intellectual Ventures repeats its responses to paragraphs 1-34 of PNC's counterclaims as if fully set forth herein.

36.     Intellectual Ventures denies the allegations of paragraph 36.

37.     Intellectual Ventures denies the allegations of paragraph 37.

### COUNTERCLAIM COUNT X

38.     Intellectual Ventures repeats its responses to paragraphs 1-37 of PNC's counterclaims as if fully set forth herein.

39.     Intellectual Ventures denies the allegations of paragraph 39.

40.     Intellectual Ventures denies the allegations of paragraph 40.

### PRAYER FOR RELIEF

41.     Intellectual Ventures denies that PNC is entitled to any of the relief it requested.

### AFFIRMATIVE DEFENSES TO COUNTERCLAIMS

42.     The Patents-in-Suit are valid, enforceable and infringed by PNC as detailed in Intellectual Ventures' Complaint.

43.     PNC's counterclaims fail to state a claim upon which relief can be granted under

Rule 8 and/or 12 of the Federal Rules of Civil Procedure.

## DEMAND FOR JURY TRIAL

44.     In accordance with Federal Rule of Civil Procedure 38(b), Intellectual Ventures

demands a trial by jury on all issues so triable.

Dated:  July 11, 2013                          Respectfully submitted,

                                               /s/Elizabeth Day, Esquire
                                               Elizabeth Day, Esquire
                                               eday@feinday.com
                                               /s/Marc Belloli
                                               Marc Belloli
                                               mbelloli@feinday.com

                                               FEINBERG DAY ALBERTI & THOMPSON
                                               LLP
                                               1600 El Camino Real, Suite 280'Menlo Park,
                                               CA  94025
                                               (650) 618-4360
                                               (650) 618-4368 (fax)

                                               /s/Daniel E. Krauth
                                               Daniel E. Krauth, Esquire
                                               Pa. I.D. 59674
                                               krauth@zklaw.com

                                               /s/ Joseph F. Butcher
                                               Joseph F. Butcher
                                               Pa. I.D. 86464
                                               butcher@zklaw.com

                                               /s/ Samantha A. Quinn
                                               Samantha A. Quinn, Esquire
                                               Pa. I.D. 310068
                                               squinn@zklaw.com

                                               ZIMMER KUNZ, PLLC
                                               600 Grant Street, Suite 3300
                                               Pittsburgh, PA 15219
                                               (412) 281-8000
                                               (412) 281-1765 (fax)

                                               Attorneys for Plaintiffs,
                                               Intellectual Ventures I LLC and
                                               Intellectual Ventures II LLC