IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PNC FINANCIAL SERVICES GROUP, INC.<br>and PNC BANK, N.A.,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-00740-AJS<br><br>U.S. District Judge Arthur J. Schwab<br><br>**ELECTRONICALLY FILED**<br><br>**JURY TRIAL DEMANDED** |

**PARTIES' JOINT SUBMISSION OF AGREED AMENDED
PROPOSED CASE MANAGEMENT ORDER**

Pursuant to the Court's Text Order dated August 26, 2013, the parties to this action, through their undersigned counsel, hereby jointly submit the attached Amended Proposed Case Management Order.


Dated: September 6, 2013                    Respectfully submitted,


/s/ _Daniel E. Krauth_                                    /s/ _Thomas L. Allen_
Daniel E. Krauth (PA I.D. 59674)              Thomas L. Allen (PA I.D. 33243)
E-mail: krauth@zklaw.com                        E-mail: tallen@reedsmith.com
Joseph F. Butcher (PA I.D. 86464)             Justin J. Kontul (PA I.D. 206026)
E-mail: butcher@zklaw.com                      E-mail: jkontul@reedsmith.com
Samantha A. Quinn (PA I.D. 310068)         REED SMITH LLP
E-mail: squinn@zklaw.com                        225 Fifth Avenue
ZIMMER KUNZ, PLLC                                  Suite 1200
600 Grant Street                                          Pittsburgh, PA 15222
U.S. Steel Tower, Suite 3300                      Tel.: (412) 288-3066
Pittsburgh, PA 15219                                  Fax: (412) 288-3063
Tel.: (412) 281-8000
Fax: (412) 281-1765

1

Ian Feinberg (*pro hac vice*)
CA I.D. 88324
E-mail: ifeinberg@feinday.com
Elizabeth Day (*pro hac vice*)
CA I.D. 177125
E-mail: eday@feinday.com
Yakov Zolotorev (*pro hac vice*)
CA I.D. 224260
E-mail: yzolotorev@feinday.com
Sal Lim (*pro hac vice*)
CA I.D. 211836
E-mail: slim@feinday.com
David Alberti (*pro hac vice*)
CA I.D. 220625
E-mail: dalberti@feinday.com
Marc Belloli (*pro hac vice*)
CA I.D. 244290
E-mail: mbelloli@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel.: (650) 618-4360
Fax: (650) 618-4368

*Counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC*

James L. Quarles III (*pro hac vice*)
DC I.D. 359079
E-mail: james.quarles@wilmerhale.com
Gregory H. Lantier (*pro hac vice*)
DC I.D. 492043
E-mail: gregory.lantier@wilmerhale.com
Jonathan L. Hardt (*pro hac vice*)
DC I.D. 979619
E-mail: jonathan.hardt@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania, Ave NW
Washington DC, 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

David C. Marcus (*pro hac vice*)
CA I.D. 158704
E-mail: david.marcus@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Ave, Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5300
Fax: (213) 443-5400

*Counsel for Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC, | ) )<br>) | Civil Action No. 2:13-cv-00740-AJS |
| Plaintiffs, | )<br>) | U.S. District Judge Arthur J. Schwab |
| v. | )<br>) | **ELECTRONICALLY FILED** |
| PNC FINANCIAL SERVICES GROUP, INC.<br>and PNC BANK, N.A., | )<br>)<br>) | **JURY TRIAL DEMANDED** |
| Defendants. | )<br>) | |

## AMENDED PROPOSED CASE MANAGEMENT ORDER

AND NOW, this __ day of September, 2013,

IT IS ORDERED that this action is placed under the Local Patent Rules of this Court for pretrial proceedings and all provisions of these Rules will be strictly enforced.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all scheduling, status, or pretrial conferences to participate in settlement negotiations which may be conducted or ordered by the Court.

IT IS FURTHER ORDERED that compliance with the provisions of Local Rule 16 and the Local Patent Rules shall be completed as follows:

(1) All parties shall serve Fed. R. Civ. P. Rule 26(a) disclosures by **July 29, 2013** (*see also* Exhibit A to Practices and Procedures of Judge Arthur J. Schwab);

(2) The Parties shall move to amend the pleadings or add new parties by **August 14, 2013**;

(3) The party claiming patent infringement must serve on all parties a Disclosure of Asserted Claims and Infringement Contentions by **August 16, 2013**;

(4) Any party claiming damages must serve a complete computation of any category

of damages claimed, making available for inspection and copying the documents or other evidentiary materials on which such computation is based, including materials bearing on the nature and extent of injuries suffered, by **August 16, 2013**;

(5) The party claiming non-infringement and/or invalidity must serve on all parties a Disclosure of Non-infringement and/or Invalidity Contentions by **October 8, 2013**;

(6) The party claiming validity must serve on all parties a Disclosure of Validity by **November 4, 2013;**

(7) Each party will simultaneously exchange Proposed Claim Terms and Phrases for Construction, including proposed constructions, by **November 22, 2013;**

(8) The parties shall meet and confer by **December 5, 2013** to identify claim terms and phrases that are in dispute, and claim terms and phrases that are not in dispute and prepare and file a Joint Disputed Claim Terms Chart. Each party shall also file with the Joint Disputed Claim Terms Chart an appendix containing a copy of each item of intrinsic evidence cited by the party in the Joint Disputed Claim Terms Chart;

(9) It is hereby ORDERED that David G. Oberdick is appointed Special Master pursuant to Federal Rule of Civil Procedure 53 to serve in accordance with the LPRs in this action;

(10) The parties have agreed to submit this case to private mediation. As such, it is hereby ordered that Tim Ryan is appointed as the mediator to serve in accordance with the ADR Policies and Procedures in this action;

(11) The first meeting of above-mentioned alternative dispute resolution shall take place on **October 2, 2013**, and on other such dates as the parties and the mediator may agree;

(12) Plaintiff shall file and serve an Opening Claim Construction Brief and an

identification of extrinsic evidence by **January 6, 2014**;

(13) The Opposing Party shall file and serve a response to the Opening Claim Construction Brief, an identification of extrinsic evidence, and any objections to extrinsic evidence by **February 6, 2014**;

(14) The opening party may serve and file a Reply directly rebutting the opposing party's Response, and any objections to extrinsic evidence by **February 20, 2014**;

(15) A hearing on the issue of Claim Construction shall be held on **March 6, 2014, or such other date amenable to the schedule of the Special Master;**

(16) The Report and Recommendation of the Special Master on the issue of claim construction shall be due on **April 10, 2014;**

(17) The parties shall complete fact discovery by **May 19, 2014**, and all interrogatories, depositions, requests for admissions, and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery;

(18) Each party shall make its initial expert witness disclosures as required under Rule 26, on the issues on which each bears the burden of proof by **June 6, 2014;**

(19) Each party shall make its initial expert witness disclosures, as required under Rule 26, on the issues on which the opposing party bears the burden of proof by **July 22, 2014**;

(20) Expert Depositions, if any, shall occur on or before **August 29, 2014** ;

(21) Any motion(s) for summary judgment with evidentiary material and accompanying brief, if appropriate, shall be filed by **September 25, 2014**, and opposition(s) to such motions shall be filed on or before **October 23, 2014.** Any reply brief in support of a motion shall be due no later than **November 12, 2014.** Surreply briefs shall not be filed unless approved/requested by the Court;

(22)     Plaintiff's pretrial narrative statement shall comply with Rule 16.1.C.1 , and be filed by **November 19, 2014**;

(23)     Defendant's pretrial narrative statement shall comply with Rule 16.1.C.1, and be filed by **December 11, 2014**;

(24)     The parties shall not amend or supplement their pretrial narrative statements without leave of the Court.

                        **SO ORDERED** this ____ day of _____, 2013.

_____
Arthur J. Schwab
United States District Judge