IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP, INC.<br>and PNC BANK, N.A.,<br><br>Defendants. | Civil Action No. 2:13-cv-00740-AJS<br><br>U.S. District Judge Arthur J. Schwab<br><br>**ELECTRONICALLY FILED** |

## ORDER ADMITTING ATTORNEY MONICA GREWAL

Upon consideration of the Motion for Admission *Pro Hac Vice* of Monica Grewal, it is hereby ORDERED, ADJUDGED and DECREED, that Monica Grewal is admitted *pro hac vice* to appear before this Court in the above-captioned case.

Date: 9/9/13

_____
Honorable Arthur J. Schwab