IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>            Plaintiffs,<br>      v.<br><br>PNC FINANCIAL SERVICES GROUP, INC.<br>and PNC BANK NA,<br><br>            Defendants. | CIVIL ACTION NO. 2:13-cv-00740-AJS<br><br>District Judge Arthur J. Schwab<br><br><br>*Electronically filed* |

### PLAINTIFFS INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC, through undersigned counsel, submit this Motion for Leave to File Under Seal, and in support of this Motion, offer the following:

1. Pursuant to Paragraph 14 of the Protective Order, if a party wishes to submit to the Court documents comprising or referencing confidential materials, it must file a motion with the Court seeking leave to file the confidential material under seal.

2. Plaintiffs intend to file a Motion for Leave to File an Amended Complaint. As Exhibit A to their motion, Plaintiffs plan to append their proposed Amended Complaint to add PNC Merchant Services as a Defendant to this matter. The Motion for Leave to File an Amended Complaint references confidential documents that were provided to Plaintiffs by Defendant which indicate that PNC Merchant Services is a proper party to this litigation.

3. Plaintiffs respectfully request that this Court permit them to file under seal this confidential Motion for Leave to File an Amended Complaint, to ensure its availability to the Court but protection from public view.

WHEREFORE, Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC, respectfully request that this Honorable Court grant this Motion for Leave to File Under Seal.

Dated:  September 26, 2013

Respectfully submitted,

ZIMMER KUNZ, PLC
/s/ Samantha A. Quinn
Samantha A. Quinn
Pa. I.D. 310068
Email:  squinn@zklaw.com
Daniel E. Krauth
Pa. I.D. 59674
Email:  krauth@zklaw.com
Joseph F. Butcher
Pa. I.D. 86464
Email:  butcher@zklaw.com

FEINBERG DAY ALBERTI &
THOMPSON LLP
Ian N. Feinberg
Appearing *pro hac vice*
Email:  ifeinberg@feinday.com
Margaret Elizabeth Day
Appearing *pro hac vice*
Email:  eday@feinday.com
David L. Alberti
Appearing *pro hac vice*
Email: dalberti@feinday.com
Clayton Thompson
Appearing *pro hac vice*
Email:  cthompson@feinday.com
Marc C. Belloli
Appearing *pro hac vice*
Email: mbelloli@feinday.com
Sal Lim
Appearing *pro hac vice*
Email:  slim@feinday.com
Yakov Zolotorev
Appearing *pro hac vice*
Email:  yzolotorev@feinday.com

1600 El Camino Real, Suite 280  
Menlo Park, CA 94025  
Telephone: (650) 618.4360  
Facsimile: (650) 618.4368

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Court this 26th day of September, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Samantha A. Quinn
Samantha A. Quinn
Pa. I.D. 310068
Email:  squinn@zklaw.com
Daniel E. Krauth
Pa. I.D. 59674
Email:  krauth@zklaw.com
Joseph F. Butcher
Pa. I.D. 86464
Email:  butcher@zklaw.com

ZIMMER KUNZ, PLLC
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
(412)281-8000
krauth@zklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | CIVIL ACTION NO. 2:13-cv-00740-AJS |
| Plaintiffs, | District Judge Arthur J. Schwab |
| v. | *Electronically filed* |
| PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK NA, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of September, 2013, upon consideration of Plaintiffs' Motion for Leave to File Under Seal, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion is GRANTED and Plaintiffs may file under seal their Motion for Leave to File an Amended Complaint. The Motion for Leave to File an Amended Complaint shall remain under seal until further Order of this Court.

BY THE COURT:

_____J.
Honorable Arthur J. Schwab