IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br> v. <br><br> PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK NA, <br><br> Defendants. | CIVIL ACTION NO. 2:13-cv-00740-AJS <br><br> District Judge Arthur J. Schwab <br><br> *Electronically filed* |

## ORDER OF COURT

AND NOW, this 27th day of September, 2013, upon consideration of Plaintiffs' Motion for Leave to File Under Seal, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion is GRANTED and Plaintiffs may file under seal their Motion for Leave to File an Amended Complaint. The Motion for Leave to File an Amended Complaint shall remain under seal until further Order of this Court.

BY THE COURT:

_____ J.
Honorable Arthur J. Schwab