IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

                Plaintiffs,

                13cv0740
v.                **ELECTRONICALLY FILED**

PNC FINANCIAL SERVICES GROUP, INC. and
PNC BANK NA,

                Defendants.

**REPORT OF NEUTRAL**

A mediation sessions was held in the above captioned matter in person on October 2, 2013.

The case (please check one):
      \_\_\_\_\_has resolved
      \_\_\_\_\_has resolved in part (see below)
      \_X\_ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: October 6, 2013                /s/Timothy P. Ryan_____
                                                    Timothy P. Ryan, Esq.