IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PNC FINANCIAL SERVICES GROUP, INC.<br>and PNC BANK, N.A.,<br><br>　　　　Defendants. | Civil Action No. 2:13-cv-00740-AJS<br><br>U.S. District Judge Arthur J. Schwab<br><br>**ELECTRONICALLY FILED** |

### DECLARATION OF GREGORY H. LANTIER IN SUPPORT OF DEFENDANTS PNC FINANCIAL SERVICES GROUP, INC.'S AND PNC BANK, N.A.'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

I, Gregory H. Lantier, hereby declare as follows:

1.　　I am an attorney admitted *pro hac vice* to this Court and admitted to practice in the State of New York (Bar No. 4823217), the District of Columbia (Bar No. 492043), and the Commonwealth of Virginia (Bar No. 65657). I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. in the above-captioned matter. I provide this declaration in support of Defendants' Response to Plaintiffs' Motion for Leave to File an Amended Complaint. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2.　　Attached hereto as Exhibit A is a true and accurate copy of Exhibit E of Intellectual Ventures I LLC's and Intellectual Ventures II LLC's (collectively, "IV") Infringement Contentions served on August 16, 2013 in the above-captioned matter, which asserts IV's infringement theories with respect to U.S. Patent No. 7,757,298.

3. Attached hereto as Exhibit B is a true and accurate copy of a redline document prepared by my law firm that compares IV's original complaint filed on May 29, 2013, with the amended complaint attached as Exhibit A to IV's Motion for Leave to File an Amended Complaint, filed on October 7, 2013.

4. Attached hereto as Exhibit C is a true and accurate copy of the Scheduling Order entered by Judge Lancaster in *New Eng. Interconnect Sys., Inc. v. AEES, Inc.*, No. 10-0758, 2011 WL 2118853 (W.D. Pay. May 27, 2011), which was obtained from the Public Access to Court Records database.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 16, 2013      */s/ Gregory H. Lantier*
                              Gregory H. Lantier (*pro hac vice*)
                              District of Columbia Bar ID No. 492043