IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK NA, <br><br> Defendants. | CIVIL ACTION NO. 2:13-cv-00740-AJS <br><br> District Judge Arthur J. Schwab <br><br> *Electronically filed* |

**STIPULATION DISMISSING PLAINTIFF INTELLECTUAL VENTURES I LLC'S AND INTELLECTUALVENTURES II, LLC'S CLAIMS AND DEFENDANTS' COUNTERCLAIMS AS TO U.S. PATENT NOS. 6,182,894 AND 7,757,298 ONLY**

Plaintiffs Intellectual Ventures I and Intellectual Ventures II LLC, by and through their undersigned counsel, and Defendants, The PNC Financial Services Group, Inc. and PNC Bank, N.A., by and through their undersigned counsel, file and agree to the following Stipulation Dismissing Plaintiff Intellectual Ventures I LLC's and Intellectual Ventures II, LLC's Claims and Defendants' Counterclaims as to U.S. Patent Nos. 6,182,894 and 7,757,298 only, as follows:

1. Plaintiff Intellectual Ventures II LLC agrees to dismiss its claim of infringement against Defendants, The PNC Financial Services Group, Inc. and PNC Bank, N.A., as to U.S. Patent No. 6,182,894 set forth in the Third Claim of Relief in Plaintiffs' Complaint (Court Document No. 1), with prejudice.

2. Defendants, The PNC Financial Services Group, Inc. and PNC Bank, N.A., agree to dismiss, without prejudice, their counterclaim of non-infringement against Plaintiff, Intellectual Ventures II LLC, set forth in Defendants' Answer, Defenses, and Counterclaims (Court Document No. 33) at Counterclaim Count V.

1

3. Defendants, The PNC Financial Services Group, Inc. and PNC Bank, N.A., agree to dismiss, without prejudice, their counterclaim of invalidity/unenforceability against Plaintiff Intellectual Ventures II LLC, set forth in Defendants' Answer, Defenses, and Counterclaims (Court Document No. 33) at Counterclaim Count VI.

4. Plaintiff Intellectual Ventures I agrees to dismiss its claim of infringement against Defendants, The PNC Financial Services Group, Inc. and PNC Bank, N.A., as to U.S. Patent No. 7,757,298 set forth in the Fifth Claim of Relief in Plaintiffs' Complaint (Court Document No. 1), with prejudice through the date of the entry of this dismissal and without prejudice thereafter.

5. Defendants, The PNC Financial Services Group, Inc. and PNC Bank, N.A., agree to dismiss, without prejudice, their counterclaim of non-infringement against Plaintiff, Intellectual Ventures I LLC, set forth in Defendants' Answer, Defenses, and Counterclaims (Court Document No. 33) at Counterclaim Count VII.

6. Defendants, The PNC Financial Services Group, Inc. and PNC Bank, N.A., agree to dismiss, without prejudice, their counterclaim of invalidity/unenforceability against Plaintiff Intellectual Ventures I LLC, set forth in Defendants' Answer, Defenses, and Counterclaims (Court Document No. 33) at Counterclaim Count X.

7. The pleadings filed by the respective parties are to be conformed to meet this stipulation.

8. Each party bears its own costs and attorneys' fees, unless this case is deemed an exceptional case pursuant to 35 U.S.C. § 285, in which case this stipulation will not act as a limitation on any award made pursuant to that provision. Stipulated and agreed to:

| For: Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC | For Defendants, PNC Financial Services Group, Inc. and PNC Bank, N.A. |
|---|---|
| s/ *Daniel E. Krauth* <br> Daniel E. Krauth (Pa. I.D. 59674) <br> Joseph F. Butcher (Pa. I.D. 86464) <br> Samantha A. Quinn (Pa. I.D. 310068) <br> ZIMMER KUNZ PLLC <br> 310 Grant Street, Suite 3000 <br> The Grant Building <br> Pittsburgh, PA 15219 <br><br> Tel: (412) 281 – 8000 <br> Fax: (412) 281 – 1765 <br> Email: krauth@zklaw.com <br> Email: butcher@zklaw.com <br> Email: squinn@zklaw.com <br><br> Ian N. Feinberg <br> Appearing *pro hac vice* <br> Email: ifeinberg@feinday.com <br> Margaret Elizabeth Day <br> Appearing *pro hac vice* <br> Email: eday@feinday.com <br> David L. Alberti <br> Appearing *pro hac vice* <br> Email: dalberti@feinday.com <br> Clayton Thompson <br> Appearing *pro hac vice* <br> Email: cthompson@feinday.com <br> Marc C. Belloli <br> Appearing *pro hac vice* <br> Email: mbelloli@feinday.com <br> Sal Lim <br> Appearing *pro hac vice* <br> Email: slim@feinday.com <br> Yakov Zolotorev <br> Appearing *pro hac vice* <br> Email: yzolotorev@feinday.com <br><br> FEINBERG DAY ALBERTI & THOMPSON LLP <br> 1600 El Camino Real, Suite 280 <br> Menlo Park, CA 94025 <br> Telephone: (650) 618.4360 <br> Facsimile: (650) 618.4368 | s/ *Thomas L. Allen* <br> Thomas L. Allen (PA I.D. 33243) <br> Justin J. Kontul (PA I.D. 206026) <br> REED SMITH LLP <br> 225 Fifth Avenue <br> Suite 1200 <br> Pittsburgh, PA 15222 <br><br> Tel.: (412) 288-3131 <br> Fax: (412) 288-3063 <br> Email: tallen@reedsmith.com <br> Email: jkontul@reedsmith.com <br><br> James L. Quarles III (pro hac vice) <br> DC I.D. 359079 <br> Email: james.quarles@wilmerhale.com <br> Gregory H. Lantier (pro hac vice) <br> DC I.D. 492043 <br> Email: gregory.lantier@wilmerhale.com <br> Jonathan L. Hardt (pro hac vice) <br> DC I.D. 979619 <br> Email: jonathan.hardt@wilmerhale.com <br><br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 1875 Pennsylvania, Ave NW <br> Washington DC, 20006 <br> Tel.: (202) 663-6000 <br> Fax: (202) 663-6363 <br> David C. Marcus (pro hac vice) <br> CA I.D. 158704 <br> Email: david.marcus@wilmerhale.com <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 350 South Grand Ave, Suite 2100 <br> Los Angeles, CA 90071 <br> Tel.: (213) 443-5300 <br> Fax: (213) 443-5400 <br> Monica Grewal (pro hac vice) <br> MA I.D. 659449 |

Email: monica.grewal@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6223
Fax: (617) 526-5000