IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br>  Plaintiffs, <br><br> v. <br><br> PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK NA, <br><br>  Defendants. | CIVIL ACTION NO. 2:13-cv-00740-AJS <br><br> District Judge Arthur J. Schwab <br><br> *Electronically filed* |

ORDER

Having considered the Joint Motion to Stay the Case Pending the United States Patent and Trademark Office's consideration of PNC's petitions for Covered Business Method Review of the asserted patents, the Motion is GRANTED. It is hereby ORDERED that:

1. This civil action is stayed until completion of the Covered Business Method Review of the asserted patents, including any appeals therefrom;

2. The parties shall jointly notify the Court upon completion of these proceedings; and

3. On lifting the stay of this civil action, the Court will set a scheduling conference to address the case schedule.

Date:  _____
District Judge Arthur J. Schwab

December 6, 2013

1092421
4300.0059